UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 07-23072 CIV-HOEVELER/BROWN

DISABILITY ADVOCATES AND COUNSELING
GROUP, INC., and STEVEN BROTHER,

        Plaintiffs,

-vs-

MALECON PLAZA, INC.,

        Defendant.

_____|

### STIPULATED VOLUNTARY DISMISSAL WITH PREJUDICE

**PLAINTIFFS AND DEFENDANT** by and through undersigned counsel hereby

**STIPULATE AND AGREE** that pursuant to a Settlement Agreement entered into by them on the

_30th_ day of _June_, 2008, settling all matters between them at issue in this cause,

Plaintiffs and Defendants respectfully request the Court enter an Order Dismissing this cause with

Prejudice; and retaining jurisdiction only to enforce the terms of said Settlement Agreement.

    **STIPULATED AND AGREED TO** by Counsel for the Parties on the dates below written.

William N. Charouhis & Assoc., LLP
Attorney for Plaintiffs
Suite 1750 Brickell  Bayview Center
80 SW 8th St.
Miami, FL 33130
ph. 786-279-5707
fax: 305-377-8416

Date: _6/30/08_

Matt Weinstein, Attorney for Defendant
9200 So. Dadeland Blvd. Suite 400
Miami, FL 33156
ph. 305-670-5200;
Fax 305-670-5210

Date: _6/23/08_